UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DORA MAGEE,

                              Plaintiff,

         - against -

HOME DEPOT, INC., et al.,

                             Defendants.
-----------------------------------------------------------X

ORDER OF
DISCONTINUANCE

Civil No. 04 5302(ARR)

It having been reported to the Court that the above-captioned actions have been settled,

IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

SO ORDERED:

DATED:     Brooklyn, New York
               August 29, 2005

                                                  Allyne R. Ross
                                                  United States District Judge

MAILING LIST

Brian K. Condon, Esq.
Condon & Resnick LLP
19 Squadron Boulevard
New City, NY 10956

Debra Morway, Esq.
Morgan Lewis
101 Park Avenue
NY, NY 10178-0060

Mag. Judge Go